USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

June 11, 2021

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
40 Foley Street, Courtroom 906
New York, New York 10007

Re:    Sanchez v. Toyota Motor Sales, U.S.A., Inc., Case No. 1:21-cv-03048-AJN
       Request to Extend Time to Respond to the Complaint

Dear Judge Nathan:

We represent defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Cristian Sanchez ("Plaintiff"), respectfully to request that the Court extend Toyota's time to respond to the Complaint from June 14, 2021 to July 14, 2021. This is Toyota's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Toyota states that the parties are engaged in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other dates scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

c:  All Counsel of Record (Via ECF)

**SO ORDERED.**

*[signature]*
6/22/21

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060       T +1.212.309.6000
United States                  F +1.212.309.6001