# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

July 13, 2021

**Via ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Street, Courtroom 906
New York, New York 10007

Re:   *Sanchez v. Toyota Motor Sales, U.S.A., Inc.*, Case No. 1:21-cv-03048-AJN
         Request to Extend Time to Respond to Complaint

Dear Judge Nathan:

We represent defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") in the above-referenced action.  Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Cristian Sanchez ("Plaintiff"), respectfully to request that the Court extend Toyota's time to respond to the Complaint from July 14, 2021 to August 13, 2021.  This is Toyota's second request for an extension of time to respond to the Complaint.  The Court granted Toyota's first request.

In support of this request, counsel for Toyota states that the parties are continuing their discussions about an early resolution of this action.  If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

*Alison J. Nathan* 7/14/2021

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060           T +1.212.309.6000
United States                                    F +1.212.309.6001