USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/21

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

July 28, 2021

<u>**Via ECF**</u>
The Honorable Alison J. Nathan
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Street, Courtroom 906
New York, New York 10007

> Re:   *Sanchez v. Toyota Motor Sales, U.S.A., Inc.*, Case No. 1:21-cv-03048-AJN
>           <u>Request to Adjourn Initial Conference</u>

Dear Judge Nathan:

We represent defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Cristian Sanchez ("Plaintiff"), respectfully to request that the Court adjourn the Initial Conference scheduled for August 6, 2021 at 3:30 p.m. to a date and time convenient to the Court that is at least two weeks after Toyota's August 13, 2021 deadline to respond to the Complaint. This is Toyota's first request to adjourn the Initial Conference.

In support of this request, counsel for Toyota states that the parties are continuing their discussions about an early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

**SO ORDERED.**

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Toyota Motor Sales, U.S.A., Inc.*

cc: All Counsel of Record (via ECF)

*/s/ Alison J. Nathan*
7/29/21

**The conference is adjourned to September 3, 2021 at 3:45 P.M.**